UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
    UNITED NATIONAL INSURANCE CO.,      :
                                                 :
                          Plaintiff,           :
                                                 :     1:23-cv-01549 (ALC)
                        -against-            :
                                                 :     **ORDER**
    STEPHEN SEMONICK, and 217-716 LLC,   :
                                                 :
                         Defendants.        :
                                                 :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    On May 26, 2023, the Clerk of the Court issued a Certificate of Default against Defendant 217-716 LLC. ECF No. 15. The Clerk's Certificate of Default against Defendant is hereby set aside.

**SO ORDERED.**

**Dated: October 31, 2023**
        New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**