USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/6/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>  -against-<br><br>STEPHEN SEMONICK, et al.,<br><br>               Defendants. | 23-CV-1549 (ALC) (BCM)<br><br>**INITIAL CASE MANAGEMENT ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

      No action has taken place in this case since March 20, 2024, when the parties represented to the Court that they had reached a settlement in principle and that they "hoped to have everything resolved in advance of the May 7, 2024 [*sic*] conference." (Dkt. 32.) Moreover, the parties have not updated the Court as to the status of their settlement ahead of the upcoming status conference, which is scheduled for **May 8, 2024 at 10:00 a.m.** (*See* Dkts. 31, 32.) Consequently, it is hereby ORDERED that the parties shall file a joint status letter updating the Court as to the present status of the case by **May 7, 2024**.

Dated: New York, New York
       May 6, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**